**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Mark Allen CISNEROS, Defendant–**
**Appellant.**

**No. 08–50789**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 21, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Luis A. Chavez, Midland, TX, for Defendant–Appellant.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Mark Allen Cisneros has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cisneros has filed a response. Our independent review of the record, counsel's brief, and Cisneros' response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.